**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NVIDIA CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-1127-UNA |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

**NVIDIA CORPORATION'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NVIDIA Corporation hereby files its Corporate Disclosure Statement. NVIDIA states that it is a publicly held corporation. NVIDIA does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (#2403)
500 Delaware Avenue
8th Floor
Wilmington, DE  19801
(302) 654-1888
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Neel Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Robert J. Benson
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA  92614
(949) 567-6700

Dated: September 5, 2014

{00889885;v1 }