# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NVIDIA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.  14-1127-LPS-CJB |
| | ) |
| SAMSUNG ELECTRONICS CO., LTD., | ) **JURY TRIAL DEMANDED** |
| et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff NVIDIA Corporation and Defendant Qualcomm Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this action shall be extended to October 27, 2014.

Respectfully submitted,

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:  */s/ John G. Day* | By:  */s/ Richard L. Horwitz* |
| John G. Day (#2403) | Richard L. Horwitz (#2246) |
| Lauren E. Maguire (#4261) | David E. Moore (#3983) |
| 500 Delaware Avenue | Bindu A. Palapura (#5370) |
| 8th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE  19801 | 1313 N. Market Street |
| jday@ashby-geddes.com | Wilmington, DE  19801 |
| LMaguire@ashby-geddes.com | Tel:  (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| *Attorney for Plaintiff NVIDIA Corporation* | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | |
| | *Attorneys for Defendant Qualcomm Inc.* |

Dated:  September 24, 2014
1166858/ 41880

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2014.

_____
Chief Judge Leonard P. Stark