**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NVIDIA CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1127-LPS-CJB |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | **JURY TRIAL DEMANDED** |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO STAY
PENDING RESOLUTION OF PROCEEDINGS
AT THE INTERNATIONAL TRADE COMMISSION**

Before the Court is Defendants' Unopposed Motion to Stay Pending Resolution of Proceedings at the International Trade Commission. The motion is GRANTED. This action shall remain stayed until the resolution of all International Trade Commission proceedings between Plaintiff and Defendants, including appeals. Upon the conclusion of those proceedings, any party may move for an order lifting the stay.

IT IS SO ORDERED this _____ day of _____, 2014.

_____
Leonard P. Stark, Chief Judge

1169785 / 41880